IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| RUSSELL A. WATSON and wife, CAROL A. WATSON, | ) ) ) |
| Plaintiffs, | ) ) |
| VS. | ) NO. 1-04-1260-T/An ) JURY DEMANDED |
| WILHITE TRUCK STOP and TRAVEL CENTERS OF AMERICA, INC., | ) ) ) |
| Defendants. | ) |

## ORDER GRANTING MOTION
## FOR EXTENSION OF DEADLINES

Upon Motion of the Plaintiffs, and for good cause shown,

IT IS, HEREBY, ORDERED, ADJUDGED AND DECREED that the Plaintiff's expert disclosure deadline is October 13, 2005 and the Defendant's expert disclosure deadline is November 12, 2005 and the deadline for completion of depositions of all experts is December 13, 2005.

ENTER this the 26th day of September, 2005.

S. Thomas Anderson  USMJ
~~JAMES D. TODD~~
U.S. DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 9/29/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 1:04-CV-01260 was distributed by fax, mail, or direct printing on September 29, 2005 to the parties listed.

---

James F. Horner
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Sara Barnett
SPRAGINS BARNETT COBB & BUTLER
P.O. Box 2004
Jackson, TN 38302--200

Charles H. Barnett
SPRAGINS BARNETT COBB & BUTLER
P.O. Box 2004
Jackson, TN 38302--200

Honorable James Todd
US DISTRICT COURT