IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| RUSSELL A. WATSON and wife,<br>CAROL A. WATSON,<br><br>    Plaintiffs,<br><br>VS.<br><br>WILHITE TRUCK STOP and TRAVEL<br>CENTERS OF AMERICA, INC.,<br><br>    Defendants. | NO. 1-04-1260-T/An<br>JURY DEMANDED |

## ORDER FOR ADMISSION PRO HAC VICE

This matter came on to be heard on the Plaintiffs' Motion for permission of the Court for John C. Hugger, Attorney at Law, 3002 Evergreen Parkway, P. O. Box 877, Evergreen, CO 80437-0877 (Facsimile No. (303)674-6369), to appear pro hac vice along with Tennessee counsel Charles H. Barnett, III and Sara E. Barnett. It appearing to the Court that the motion is well taken, it is, hereby,

ORDERED, ADJUDGE AND DECREED that John C. Hugger is admitted to appear as counsel pro hac vice for the Plaintiffs, in this matter subject to further orders of the Court.

Entered this the 3rd day of October, 2005.

_____
JAMES D. TODD, U.S. DISTRICT JUDGE

APPROVED FOR ENTRY:

*Sara E. Barnett*
CHARLES H. BARNETT, III – 008721
SARA E. BARNETT – 021379
Attorneys for Plaintiffs
P.O. Box 2004
Jackson, TN 38302-2004

*James F. Horner by SEB w/ permission*
JAMES F. HORNER
Attorney for Defendants
26 North Second Street Building
Memphis, TN 38103

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 1:04-CV-01260 was distributed by fax, mail, or direct printing on October 3, 2005 to the parties listed.

---

Charles H. Barnett
SPRAGINS BARNETT COBB & BUTLER
P.O. Box 2004
Jackson, TN 38302--200

James F. Horner
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Sara Barnett
SPRAGINS BARNETT COBB & BUTLER
P.O. Box 2004
Jackson, TN 38302--200

Honorable James Todd
US DISTRICT COURT