IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| RUSSELL A. WATSON and wife, ) | |
| CAROL A. WATSON, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| VS. ) | NO. 1-04-1260-T/An |
| ) | JURY DEMANDED |
| WILHITE TRUCK STOP and TRAVEL ) | |
| CENTERS OF AMERICA, INC., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF CONTINUANCE AND SCHEDULING CONFERENCE

Based upon the Joint Motion to Continue Trial Date and Motion for a Scheduling Conference and the Memorandum in Support,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that this matter will be continued from its current trial date and a scheduling conference on this matter will be held on the 20th day of December, 2005 at 10:30 a.m..

ENTERED this the 3rd day of October, 2005.

_____
JUDGE JAMES TODD

7385-1 CHB; Page 1

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 10/6/05

23

APPROVED FOR ENTRY

SPRAGINS, BARNETT, COBB & BUTLER

BY: *Sara E. Barnett*
CHARLES H. BARNETT, III - 8721
SARA E. BARNETT - 21379
Attorneys for Plaintiffs
312 E. Lafayette, P.O. Box 2004
Jackson, TN 38302-2004
731-424-0461

BY: *James F. Horner by SEB w/permission*
JAMES F. HORNER
Attorney for Defendants
26 North Second Street Building
Memphis, TN 38103
901-527-4673

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the foregoing has been served on:

Mr. James F. Horner
Attorney at Law
26 North Second Street Building
Memphis, TN 38103

by depositing the same in the United States mail, postage prepaid, addressed as shown above, on the 30th day of September, 2005.

*Sara E. Barnett*

7385-1 CHB; Page 2

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 1:04-CV-01260 was distributed by fax, mail, or direct printing on October 6, 2005 to the parties listed.

---

Charles H. Barnett
SPRAGINS BARNETT COBB & BUTLER
P.O. Box 2004
Jackson, TN 38302--200

John C. Hugger
JOHN C. HUGGER, ATTORNEY AT LAW
3002 Evergreen Parkway
P.O. Box 877
Evergreen, CO 80437--087

James F. Horner
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Sara Barnett
SPRAGINS BARNETT COBB & BUTLER
P.O. Box 2004
Jackson, TN 38302--200

Honorable James Todd
US DISTRICT COURT