IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| RUSSELL A. WATSON and wife, | ) | |
| CAROL A. WATSON, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | NO.: 04-1260-T-An |
| | ) | |
| WILHITE TRUCK STOP and TRAVEL | ) | |
| CENTERS OF AMERICA, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## AMENDED RULE 16(b) SCHEDULING ORDER

Pursuant to the scheduling conference set by written notice, the following dates were established as the final dates for:

**COMPLETE MEDIATION:**  March 1, 2006

**COMPLETE ALL DISCOVERY**:  August 4, 2006

    (a)    **EXPERT DISCLOSURE (Rule 26(a)(2)):**
        (i) Plaintiff's Experts:  **May 1, 2006**
        (ii) Defendant's Experts:  **June 15, 2006**
        (iii) Supplementation under Rule 26(e):  **June 29, 2006**

**FILING DISPOSITIVE MOTIONS:**  September 8, 2006

**FINAL LISTS OF WITNESSES AND EXHIBITS (Rule 26(a)(3)):**

    (a)    for Plaintiff:    November 6, 2006
    (b)    for Defendant:    November 20, 2006

Parties shall have __10__ days after service of final lists of witnesses and exhibits to file

1

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 12/30/05



objections under Rule 26(a)(3).

The trial of this matter is expected to last __2__ days and is **SET** for **JURY TRIAL** on **WEDNESDAY, DECEMBER 20, 2006 at 9:30 A.M.**. A joint pretrial order is due on **FRIDAY, DECEMBER 8, 2006**. In the event the parties are unable to agree on a joint pretrial order, the parties must notify the court at least ten days before trial.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this Order will not be modified or extended.

**IT IS SO ORDERED.**

*/s/ Thomas Anderson*
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: December 29, 2005

2

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 1:04-CV-01260 was distributed by fax, mail, or direct printing on December 30, 2005 to the parties listed.

---

Charles H. Barnett
SPRAGINS BARNETT & COBB, PLC
P.O. Box 2004
312 E. Lafayette
Jackson, TN 38302--200

John C. Hugger
JOHN C. HUGGER, ATTORNEY AT LAW
3002 Evergreen Parkway
P.O. Box 877
Evergreen, CO 80437--087

James F. Horner
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Sara Barnett
SPRAGINS BARNETT & COBB, PLC
P.O. Box 2004
312 E. Lafayette
Jackson, TN 38302--200

Honorable James Todd
US DISTRICT COURT